[No. 605.   October 19, 1895.]

TERRITORY OF NEW MEXICO EX REL. GEORGE CURRY, DEFENDANT IN ERROR, v. DEMETRIO PEREZ, AUDITOR OF PUBLIC ACCOUNTS, AND RUFUS J. PALEN, TREASURER OF TERRITORY OF NEW MEXICO, TRANQUILINO LABADIE, INTERVENER, PLAINTIFFS IN ERROR.

This cause involves the same questions, and is reversed for the same reasons stated in Baca v. Perez, decided at the present term, page 187, ante.

ERROR, from an order granting complainant's application for an injunction, to the First Judicial District Court, Santa Fe County. Reversed.

H. L. WARREN, A. B. FALL, and W. B. CHILDERS for plaintiffs in error.

EDWARD L. BARTLETT for defendant in error.

COLLIER, J.—The above action, in another form, involves precisely the same questions as were determined

in the equity suit of Baca v. Perez, decided at this term of the court. The reasoning in that case applies equally to this, and therefore no separate opinion is filed in this case, but for the reasons set out in the opinion in that case the present case will be reversed.

HAMILTON and BANTZ, JJ., concur.